# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144144-5(55)(56)

FARMERS INSURANCE EXCHANGE,
      Plaintiff-Appellee,
and

STATE FARM MUTUAL AUTOMOBILE INS. CO.,
      Plaintiff-Appellant,

v

MICHIGAN INSURANCE COMPANY,
      Defendant-Appellee.
_____

SC: 144144
COA: 298984
Mason CC: 09-000035-NF

STATE FARM MUTUAL AUTOMOBILE INS. CO.,
      Plaintiff-Appellant,

v

MICHIGAN INSURANCE COMPANY,
      Defendant-Appellee.
_____

SC: 144145
COA: 298985
Mason CC: 09-000172-NF

      On order of the Chief Justice, motions by defendants-appellees for extension of the time for filing their combined brief are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk